634

393 A.2d 1296

Perry et ux. v. Ingersoll-Rand Company, Appellant.

Argued April 12, 1978.   Francis H. Patrono, with him Patrono, Ceisler, Edwards & Pettit, for appellant;  Milton D. Rosenberg, with him Rosenberg, Sewak & Pizzi, for appellees.

Order affirmed.

393 A.2d 1296

Pittsburgh & New England Trucking Co., Appellant,
v. Ewing.

Argued April 11, 1978.   James A. Mollica, Jr., submitted a brief for appellant;  Herman C. Kimpel, for appellee.

Orders affirmed.